# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-3025
LT Case No. 2023-DR-004018-D

_____

KENNETH COMOLLO,

    Appellant,

    v.

TINA BURGS,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Steven Fahlgren, Judge.

Eugene Bullard Nichols, of Nichols and Pina, LLLP, Jacksonville,
for Appellant.

No Appearance for Appellee.


April 16, 2024

PER CURIAM.

    AFFIRMED.

JAY, EISNAUGLE, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____